**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Western Division**

**Docket No. 5:12-CR-192-1FL**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **TONY BLANCHARD** | ) | |
|     **Defendant** | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Wednesday, March 6, 2013, in New Bern. The case is hereby CONTINUED to 7/11/2013 at 9:30 am in New Bern, North Carolina.

This 26th day of February 2013.

_____
Louise W. Flanagan
U.S. District Judge