# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

United States of America )
v. )
)
Tony Blanchard ) Case No: 5:12-CR-192-1FL
) USM No: 56791-056
Date of Original Judgment: October 2, 2013 )
Date of Previous Amended Judgment: ) Suzanne Little
(Use Date of Last Amended Judgment if Any) ) Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  94  months **is reduced to**  75 months per count, concurrent.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated October 2, 2013, shall remain in effect. **IT IS SO ORDERED.**

Order Date: April 10, 2015                     */s/ Louise W. Flanagan*
                                                              *Judge's signature*

Effective Date: November 1, 2015           Louise W. Flanagan, U.S. District Judge
*(if different from order date)*                   *Printed name and title*