UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tony Blanchard**            **Docket No. 5:12-CR-192-1FL**

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tony Blanchard, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, and Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on October 2, 2013, to the custody of the Bureau of Prisons for a term of 94 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

On April 10, 2015, pursuant to an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 75 months per count, concurrent. Tony Blanchard was released from custody on April 23, 2018, at which time the term of supervised release commenced. On August 31, 2018, a Violation Report was filed with the court advising the defendant tested positive for marijuana on August 22, 2018. The court agreed with the probation officer's recommendation to have Blanchard enroll in substance abuse counseling and continue supervision. On December 7, 2018, a Violation Report was filed with the court advising the defendant tested positive for marijuana on November 28, 2018. The court agreed with the probation officer's recommendation to have Blanchard participate in additional substance abuse counseling and continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 26, 2019, the defendant provided a urine sample that was submitted for laboratory analysis, but Blanchard admitted he used marijuana prior to the test. On September 3, 2019, laboratory analysis revealed positive results for marijuana. The defendant continues to participate in substance abuse counseling. As a sanction for this violation conduct, completion of 30 days of Location Monitoring with curfew is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

**Tony Blanchard**
**Docket No. 5:12-CR-192-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: September 10, 2019

## ORDER OF THE COURT

Considered and ordered this 11th day of September, 2019, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge